IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:03CR3011 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| GRACE ANN CHARLES, | ) | |
| | ) | |
| Defendant. | ) | |

The government has filed a motion for reduction of sentence pursuant to Federal Rule of Criminal Procedure 35(b) (filing 26) and request for hearing (filing 28). Accordingly,

IT IS ORDERED that:

(1) The government's request for hearing (filing 28) is granted.

(2) A hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filing 26) has been set before the undersigned United States district judge at 1:00 p.m. on Wednesday, June 15, 2005, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

(3) The United States Marshal is directed to return the defendant to the district for the hearing.

DATED this 25th day of April, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge