IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:03CR3011 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| GRACE ANN CHARLES, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the defendant,

IT IS ORDERED that:

(1) At the request of the defendant through her counsel, the defendant would like to participate in the hearing by telephone;

(2) The Marshal is directed not to return the defendant to the district; and

(3) The defendant is held to have waived her right to be present.

DATED this 3rd day of May, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge